**NOT FOR PUBLICATION**

MAR 09 2010

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEWIS A. HENDERSON, | No. 08-17514 |
| Plaintiff - Appellant, | D.C. No. 4:06-cv-00323-FRZ-BPV |
| v. | |
| UNITED STATES AIR FORCE, Davis-Monthan Air Force Base, | MEMORANDUM * |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the District of Arizona
Frank R. Zapata, District Judge, Presiding

Submitted February 16, 2010**

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Lewis A. Henderson appeals pro se from the district court's judgment

dismissing his action alleging that defendant violated the Privacy Act.  We have

---

\*     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\**     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

LSS/Research

jurisdiction pursuant to 28 U.S.C. § 1291.  We review de novo a dismissal for lack of subject matter jurisdiction.  *Orsay v. U.S. Dep't of Justice*, 289 F.3d 1125, 1128 (9th Cir. 2002).  We affirm.

The district court properly dismissed Henderson's Privacy Act claims because they are precluded by the Civil Service Reform Act ("CSRA").  *See id*. at 1128–30 (affirming dismissal of Privacy Act claim for lack of subject matter jurisdiction where the alleged conduct constitutes a "prohibited personnel practice" under the CSRA).

Henderson's remaining contentions are unpersuasive.

**AFFIRMED.**